UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v | : | 3:CR-12-224 |
| RICHARD HARLEY | : | |
| Defendant | : | |

PLEA

Now, this 16th day of October, 2012, the within named Defendant, Richard Harley having been arraigned in open Court, hereby pleads Not Guilty to the within Indictment.

_____
Defendant