AO 93 (Rev. 01/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
Case No.
Northslope III, Skyview Circle, Unit 45A )
Shawnee on Delaware, Pennsylvania 18356 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Middle District of Pennsylvania *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, which is incorporated by reference.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B, which is incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. The Affidavit is hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ____________ *(not to exceed 10 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
____________________ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ______ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of ____________ .

Date and time issued: ____________ ____________________
*Judge's signature*

City and state: Wilkes-Barre, Pennsylvania — Malachy Mannion, U.S. Magistrate Judge
*Printed name and title*