IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:CR-12-224 |
| | : | |
| v. | : | (Judge Caputo) |
| | : | |
| **RICHARD HARLEY** | : | |

### ORDER

**NOW**, this 7th day of January, 2014, upon consideration of the Motion to Set New Deadlines and Propose a New Trial Date (Doc. 57), and the Government's Response thereto, **IT IS HEREBY ORDERED** that the motion is **GRANTED** insofar as:

1. All *Jencks* Act and *Giglio* impeachment materials and witness statements subject to Fed. R. Crim. P. Rule 26.2 should be provided on or before **April 2, 2014.**

2. Motions in Limine shall be filed not less than ten (10) days prior to the date scheduled for jury selection.

3. Jury selection and trial will commence on **April 28, 2014 at 9:30 a.m.**, Courtroom #3, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

The remainder of Defendant's motion is **DENIED**.

The Court finds that any period of delay resulting from the continuance granted by this Order shall be excluded in computing the time within which the trial must commence pursuant to 18 U.S.C. §3161(h)(7)(A), (h)(7)(B)(i) and (ii).

_____
**A. Richard Caputo**
**United States District Judge**