UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| vs. | : | 3:12-CR-224 |
| RICHARD J. HARLEY, | : | |
| Defendant | : | |

FILED
SCRANTON
MAR 24 2014
PER /s/
DEPUTY CLERK

## MOTION FOR PERMISSION TO FILE UNDER SEAL

Undersigned counsel requests permission from this Court to file accompanying motion for funds under seal. In support of that request he represents as follows:

1. The motion for funds is on behalf of undersigned counsel, Williams Ruzzo, Esquire.

2. The contents of the accompanying motion may divulge confidential and/or privileged information.

3. Traditionally, requests for funds on behalf of criminal Defendant's with CJA appointed counsel are filed ex parte under seal.

WHEREFORE, this Court should allow this accompanying motion to be filed under seal.

Respectfully submitted,

Dated: 3/24/14

/s/ William Ruzzo
WILLIAM RUZZO, ESQUIRE
Attorney I.D. #75865
590 Rutter Avenue
Kingston, Pa. 18704
Phone: (570) 288-7799
Fax (570) 288-7798