## EXHIBIT LIST

**Case Caption:** USA v. Richard J. Harley  **Case No.** 3:12CR-224

**Date:** 4-8-14  **Type of Proceeding:** Suppression Hearing

Gov't

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|---|---|---|---|---|---|---|
| 1 | | Search Warrant & 2713 3:mc-12-306 | | Y | A | Browning |
| | 1 | Copy of Search Warrant left w/Deft | | Y | A | " |
| | 2 | 302 Report re: Search | | Y | | " |

Page 1 of 1