**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:12-CR-224 |
| v. | (JUDGE CAPUTO) |
| RICHARD J. HARLEY, | |
| Defendant. | |

## ORDER

**NOW**, this 10th day of April, 2014, **IT IS HEREBY ORDERED** that Defendant Harley's Motions to Suppress Physical Evidence (Doc. 40) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge