IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | 3:CR-12-224 |
|---|---|---|
| | : | |
| v. | : | (Judge Caputo) |
| | : | |
| RICHARD HARLEY | : | |

## ORDER

NOW, this 21st day of April, 2014, **IT IS HEREBY ORDERED** that a hearing on the Motion for Permission to Withdraw as Counsel (Doc. 73) will be held on **WEDNESDAY, APRIL 23, 2014 AT 8:30 A.M.**, Courtroom #3, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

/s/ A. Richard Caputo
**A. Richard Caputo**
**United States District Judge**