IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:CR:12-224 |
| | : | |
| vs. | : | |
| | : | (JUDGE CAPUTO) |
| RICHARD J. HARLEY, | : | |
| | : | |
| Defendant. | : | |

### ORDER

**NOW**, this 23rd day of April, 2014, after a hearing on the Motion of Defense Counsel, William Ruzzo, to Withdraw as Counsel (Doc. 73) on April 23, 2014, the Court finding that irreconcilable differences between Defendant and counsel exist, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. William Ruzzo, Esq. is permitted to withdraw as counsel for the Defendant. A member of the Criminal Justice Act Panel shall be appointed to represent Richard J. Harley for the remainder of these proceedings.

The Court finds that the ends of justice will be served by affording the parties a brief adjournment of trial, scheduled to commence April 28, 2014. The Court further finds that such an extension outweighs the best interests of the public and the defendant in a speedy trial, and that the appropriate time should be excluded under the Speedy Trial Act.

**THEREFORE, IT IS FURTHER ORDERED AS FOLLOWS**:

1. Jury selection and trial scheduled for April 28, 2014 are continued. Trial is scheduled to commence with the selection of a jury on **MONDAY, SEP-**

**TEMBER 8, 2014 at 9:30 a.m.** in Courtroom #3, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

2. The Clerk of Court shall exclude the appropriate time in the above captioned action pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and this Order.

A. Richard Caputo
United States District Judge