IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>RICHARD J. HARLEY,<br><br>Defendant | No. 3:CR-12-00224<br><br><br><br>Honorable A. Richard Caputo |

**ORDER**

NOW, the _1st_ day of _May_ 2014, the Motion of the Defendant, Richard J. Harley, for Appointment of Expert is granted. Defendant, through his counsel, is authorized to utilize non-lawyer associates of Oliver, Price & Rhodes to review, listen to and summarize the written and electronic discovery in this case. The firm shall be paid forty dollars ($40.00) an hour for its services. The total costs shall not exceed two thousand four hundred dollars ($2,400.00) without further authorization from the Court.

_____
A. Richard Caputo
United States Judge