IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | JURY TRIAL DEMANDED |
| Plaintiff | No. 3:12-CR-224 |
| v. | Honorable A. Richard Caputo |
| RICHARD J. HARLEY, | |
| Defendant | |

**EXHIBITS OF DEFENDANT, RICHARD J. HARLEY, IN SUPPORT OF MOTION FOR CONTINUANCE**

1. Exhibit A. Report from PMC Physician Associates

2. Exhibit B. Email from Richard Harley dated November 4, 2014.

Respectfully submitted,

OLIVER, PRICE & RHODES

s/s Joseph A. O'Brien
Joseph A. O'Brien, Esquire
*Attorney for Defendant, Richard J. Harley*
Attorney I.D. No.: 22103
P.O. Box 240
Clarks Summit, PA  18411
Tel:  (570) 585-1200
Fax:  (570) 585-5100
Email:  jaob@oprlaw.com

## CERTIFICATE OF SERVICE

I, **Joseph A. O'Brien, Esquire,** of Oliver, Price & Rhodes, hereby certify that on this date, I caused the foregoing EXHIBITS OF DEFENDANT, RICHARD J. HARLEY, IN SUPPORT OF MOTION FOR CONTINUANCE OF TRIAL to be filed via the Court's ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Bruce D. Brandler, Esquire
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut Street
Harrisburg, PA 17108

Respectfully submitted,

OLIVER, PRICE & RHODES

/s/Joseph A. O'Brien
Joseph A. O'Brien, Esquire
*Attorney for Defendant, Richard J. Harley*
Attorney I.D. No.: 22103
1212 South Abington Road
Clarks Summit, PA 18411
Tel: (570) 585-1200
Fax: (570) 585-5100
Email: jaob@oprlaw.com

# PMC Physician Associates

November 3, 2014

To Whom It May Concern,

Please take into consideration that Mr. Harley, husband to our patient Jacqueline Kube is the sole care giver for his wife, who requires complete care for most of her activities of daily living. Mrs. Kube needs assistance with bathing, meal preparation as well as daily wound care, which includes dressing changes. Thank you for your time and consideration.

Respectfully,

*[signature]*

Alicia Simon, MSN, CRNP, ANP-C
Advanced Practice Registered Nurse
175 East Brown Street, Suite 204
East Stroudsburg, PA 18301

EXHIBIT A

## Joseph O'Brien

**From:** r.harley@rjhco13.com
**Sent:** Tuesday, November 04, 2014 5:28 PM
**To:** Joseph O'Brien
**Subject:** RE: PMC Associates report

Dear Joe,

In response to your email questions:
1. My wife's condition is stipulated on the lab report
2. As per your question regarding why the care has to be provided by me..the nurses come once a week to check her vitals and incisions only, therefore there is know one else to care for my wife but me.
3. As for when I could be available for trial..the surgeon told me it would take a good 4 months for my wife to be up and about, so I would say in February.

Regards
Richard



EXHIBIT B