

**OLIVER PRICE & RHODES**
Attorneys at Law

1212 South Abington Road
P.O. Box 240
Clarks Summit, Pennsylvania 18411
Phone: (570) 585-1200
Fax: (570) 585-5100
Website: www.oprlaw.com

Joseph A. O'Brien
Alfred J. Weinschenk
James W. Reid
John R. O'Brien
James J. Gillotti
William F. Dunstone
Jane M. Carlonas
Kimberly Kost Scanlon
Erin A. Brennan
Michael J. O'Brien

*Of Counsel*
Paul D. Horger
Robert P. Browning
Dorrance R. Belin

November 14, 2014

Honorable A. Richard Caputo
U.S. District Court
Middle District of Pennsylvania
P.O. Box 1148
235 North Washington Avenue
Scranton, PA 18501-1148

    RE:    USA v. Richard Harley
                No. 3:12-CR-224

Dear Judge:

    I am defense counsel for Richard Harley.

    Mr. Harley has indicated to me that the continued prosecution of his case endangers national security. He has provided me with a letter from an individual by the name of Ian Fleming to that affect and has asked me to send it to you. I enclose a copy of Mr. Fleming's letter.

    I do not know Mr. Fleming. He has indicated to me that, while he is not a CIA agent or officer, he has been "independent contractor with several United States agencies, departments, and institutions." According to Mr. Fleming, he had a clearance level "38 levels higher than GS-13 (naval intelligence clearance) and 34 levels higher than the President of the United States. His clearance level does not have a number, it has a name.

    Mr. Fleming also informed me that the assets of Mr. Caputo are not only related to Philippine-Marcos Gold, but also the Indonesia-Soekamo (Sukamo) Gold.

    I provided Mr. Brandler with a copy of this letter with enclosures.

                                 Very truly yours,

                                 OLIVER, PRICE & RHODES

                                 Joseph A. O'Brien

JAOB/scw/enclosures
P:\O'BRIEN, JOE\USA\Harley, Richard\Correspondence\LTR to Judge Caputo 2014 11 14 re Ian Fleming Correspondence.docx

<u>Inbox > Message Detail</u>

**Subject:** Fwd: Letter to Honorable Judge Caputo
**From:** Ian Fleming >)
**Date:** Mon, Nov 10, 2014 2:10 pm
**To:** "r.harley@rjhco13.com" <r.harley@rjhco13.com>

November 10, 2014

Dear Honorable Judge Caputo,

In this court case involving the Defendant, Richard J. Harley, and the financial assets, under the Defendant's control; the assets are 100% authentic, valid, and accurate.

In regards, to the Bond Power, issued to RJH and Company, Incorporated, and Richard J. Harley, C.E.O., the bond power is legitimate and binding, valid, and authentic, for these financial assets.

There is absolutely no criminal intent on the part of Richard J. Harley, regarding the assets that are under his control from his Bond Power. The same would be true for any of the Defendant's Assignees or Designees.

These assets are located on Federal Reserve Grey Screens, also known as Interbank Screens. These assets are classified as Off-Ledger Assets, because the asset itself will be either one of the following scenarios:

a- Independently, the asset itself, is worth more than US$10 Trillion.

OR

b- It is a derivative of a larger network of assets, that is also worth more than US$10 Trillion.

In order to see the information, regarding the assets, one would need a Federal Reserve Grey Screen (Interbank Screen). Once you have accessed the screens, you need to go to Screen Number 9, which is the Beneficiary Owner Page.

However, such screens are extremely rare. They are usually within the main headquarters of certain top global financial institutions, and can be seen only by individuals, with a United States GS-13 security clearance.

(Government Security Clearance, Level 13) or higher. GS-13 security clearance, is United States Naval Intelligence.

The Central Intelligence Agency, National Security Agency, and the Department of Defense (United States Pentagon), have personnel, within these agencies or departments, that have such government security clearances or higher. These people are usually covert operatives, which in turn are assets, used within the Central Intelligence Agency.

Within the banking structure, usually, the top senior management personel, are the people, who have the security clearance, to look at these security screens; and, this is only when they have been granted permission from the Central Intelligence Agency.

The financial institutions that have these Federal Reserve Grey Screens (Interbank Screens) in close proximity to your location are as follows:

Bank of New York Mellon, N.A.- New York, New York

J.P. Morgan Chase Manhattan, N.A.- New York, New York

CitiBank, N.A.- New York, New York

Bank of America, N.A. / Merrill Lynch- New York, New York

UBS AG/ Paine Webber - New York, New York and/or Stamford, Connecticut

Because of the sensitivity of nature of these assets, being that the assets, and their origins are well safeguarded by the Central Intelligence Agency, due to global security concerns, I will not divulge any other information, than what has already been stated.

This court case, should never, ever, continue, because, if certain extremely confidential, and sensitive information, were revealed, many people would be "permanently silenced", to protect these secrets.

In conclusion, a gag order should be immediately issued for this court case, as well as it being sealed, due to such global security concerns.

In today's time and era, in what is happening in the world, with people like Julian Assange (Wikipedia), and Edward Snowden (Ex-NSA analyst), these whistleblowers, exposing sensitive, inflammatory, geopolitical issues, surrounding the secrecy of the United States, and its allies, are in serious trouble with the governments of these countries. These issues, should never come to light, and be exposed in a federal court room.

The United States government will never redeem or reveal the secrets or the intricacies of these assets to anyone.

No more is necessary to say.

If you can read in between the lines, what has been said is self-explanatory!!


Best regards,

IF