IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No. 3:12-cr-224 |
| Plaintiff | : | |
| | : | |
| v. | : | Honorable A. Richard Caputo |
| | : | |
| RICHARD J. HARLEY, | : | |
| | : | |
| Defendant | | |

**MOTION OF DEFENDANT, RICHARD J. HARLEY
FOR THE APPOINTMENT OF NEW COUNSEL**

**NOW COMES** Richard J. Harley, for the appointment of new Counsel, for the following reasons.

1. There has been a significant breakdown in communication.
2. Failure to investigate, and
3. Failure to file meritorious motions on Defendants behalf.

Respectfully Submitted,

*Richard J. Harley*
Richard J. Harley
P.O. Box 306
Shawnee on Del. Pa. 18356
570-476-6990