

**Richard Harley.**
**Joseph O'Brien** to: Dawn_Wychock@pamd.uscourts.gov 11/06/2014 10:12 AM

From: Joseph O'Brien <jaob@oprlaw.com>
To: "Dawn_Wychock@pamd.uscourts.gov" <Dawn_Wychock@pamd.uscourts.gov>
History: This message has been replied to.

I forwarded the court's order to Mr Harley. He is not happy and has asked me to send a letter to the Court withdrawing from the case. I suggested that he send the Court a letter asking for new counsel . He refused to do this. Is it possible for the court schedule a hearing to be attended by mr Harley and I to attempt to resolve this matter. The case is scheduled for December 3.
Thank you

Sent from my iPhone



**Re: Richard Harley.**
**Dawn Wychock** to: Joseph O'Brien 11/06/2014 03:56 PM
Sent by: **Chambers of Judge A. Richard Caputo**
Cc: bruce.brandler

From: Dawn Wychock/PAMD/03/USCOURTS
To: Joseph O'Brien <jaob@oprlaw.com>
Cc: bruce.brandler@usdoj.gov

Mr. O'Brien:

The Judge does not see any value in having a hearing. He doesn't envision how he can help to resolve Mr. Harley's displeasure with his decision.

Dawn M. Wychock
Judicial Assistant
(570) 831-2556

Joseph O'Brien Joseph O'Brien <jaob@oprlaw.com> 11/06/2014 10:12:04 AM



**Joseph O'Brien**
**<jaob@oprlaw.com>**
11/06/2014 10:12 AM

To "Dawn_Wychock@pamd.uscourts.gov" <Dawn_Wychock@pamd.uscourts.gov>
cc
Subject Richard Harley.

I forwarded the court's order to Mr Harley. He is not happy and has asked me to send a letter to the Court withdrawing from the case. I suggested that he send the Court a letter asking for new counsel . He refused to do this. Is it possible for the court schedule a hearing to be attended by mr Harley and I to attempt to resolve this matter. The case is scheduled for December 3.
Thank you

Sent from my iPhone



**Re: Richard Harley.**
**Joseph O'Brien** to: Dawn_Wychock@pamd.uscourts.gov 11/06/2014 04:01 PM

From: Joseph O'Brien <jaob@oprlaw.com>
To: "Dawn_Wychock@pamd.uscourts.gov" <Dawn_Wychock@pamd.uscourts.gov>

History: This message has been replied to.

I think his displeasure is with me . He has asked me to withdraw butIsee no reason to do so . Perhaps the judge might want to consider this issue. Also he may ask to represent himself.

Sent from my iPhone

> On Nov 6, 2014, at 3:56 PM, "Dawn_Wychock@pamd.uscourts.gov" <Dawn_Wychock@pamd.uscourts.gov> wrote:
>
> Mr. O'Brien:
>
> The Judge does not see any value in having a hearing. He doesn't envision how he can help to resolve Mr. Harley's displeasure with his decision.
>
> Dawn M. Wychock
> Judicial Assistant
> (570) 831-2556
>
> Joseph O'Brien <jaob@oprlaw.com>
> 11/06/2014 10:12 AM
> To "Dawn_Wychock@pamd.uscourts.gov" <Dawn_Wychock@pamd.uscourts.gov>
> cc
> Subject Richard Harley.
>
> I forwarded the court's order to Mr Harley. He is not happy and has asked me to send a letter to the Court withdrawing from the case. I suggested that he send the Court a letter asking for new counsel . He refused to do this. Is it possible for the court schedule a hearing to be attended by mr Harley and I to attempt to resolve this matter. The case is scheduled for December 3.
> Thank you



**Re: Richard Harley.**
**Dawn Wychock** to: Joseph O'Brien 11/06/2014 04:10 PM
Sent by: **Chambers of Judge A. Richard Caputo**
Cc: bruce.brandler

From: Dawn Wychock/PAMD/03/USCOURTS
To: Joseph O'Brien <jaob@oprlaw.com>
Cc: bruce.brandler@usdoj.gov

Mr. O'Brien:

The Judge's mind remains unchanged.

Dawn M. Wychock
Judicial Assistant
(570) 831-2556

Joseph O'Brien Joseph O'Brien <jaob@oprlaw.com> 11/06/2014 04:01:24 PM



**Joseph O'Brien**
**<jaob@oprlaw.com>**
11/06/2014 04:01 PM

To "Dawn_Wychock@pamd.uscourts.gov" <Dawn_Wychock@pamd.uscourts.gov>
cc
Subject Re: Richard Harley.

```
I think his displeasure is with me . He has asked me to withdraw butIsee no
reason to do so . Perhaps the judge might want to consider this issue. Also he
may ask to represent himself.

Sent from my iPhone

> On Nov 6, 2014, at 3:56 PM, "Dawn_Wychock@pamd.uscourts.gov"
<Dawn_Wychock@pamd.uscourts.gov> wrote:
>
> Mr. O'Brien:
>
> The Judge does not see any value in having a hearing.  He doesn't envision
> how he can help to resolve Mr. Harley's displeasure with his decision.
>
>
> Dawn M. Wychock
> Judicial Assistant
> (570) 831-2556
>
>
>
>              Joseph O'Brien
>              <jaob@oprlaw.com>
>                                                                          To
>              11/06/2014 10:12          "Dawn_Wychock@pamd.uscourts.gov"
>              AM                        <Dawn_Wychock@pamd.uscourts.gov>
>                                                                          cc
>
>                                                                     Subject
```

> Richard Harley.
>
>
>
>
>
>
>
>
>
>
>
> I forwarded the court's order to Mr Harley. He is not happy and has asked
> me to send a letter to the Court withdrawing from the case. I suggested
> that he send the Court a letter asking for new counsel . He refused to do
> this. Is it possible for the court schedule a hearing to be attended by mr
> Harley and I to attempt to resolve this matter. The case is scheduled for
> December 3.
> Thank you
>
>
>
> Sent from my iPhone
>