

### RE: Richard Harley.

**Brandler, Bruce D. (USAPAM)**  to: Dawn_Wychock@pamd.uscourts.gov, Joseph O'Brien   11/07/2014 10:46 AM

From: "Brandler, Bruce D. (USAPAM)" <Bruce.Brandler@usdoj.gov>
To: "Dawn_Wychock@pamd.uscourts.gov" <Dawn_Wychock@pamd.uscourts.gov>, "Joseph O'Brien" <jaob@oprlaw.com>

I just want to make clear that I never received any communications from the
defense regarding this matter. Nor have I received any motions via Pacer. If
and when a formal motion is filed we will respond accordingly. In the interim,
I request that the defense include me on all future communications with the
court. Thanks.

-----Original Message-----
From: Judge_Caputo@pamd.uscourts.gov [mailto:Judge_Caputo@pamd.uscourts.gov]
On Behalf Of Dawn_Wychock@pamd.uscourts.gov
Sent: Thursday, November 06, 2014 4:11 PM
To: Joseph O'Brien
Cc: Brandler, Bruce D. (USAPAM)
Subject: Re: Richard Harley.

Mr. O'Brien:

The Judge's mind remains unchanged.

Dawn M. Wychock
Judicial Assistant
(570) 831-2556


                    Joseph O'Brien
                    <jaob@oprlaw.com>
                                                                                    To
                    11/06/2014 04:01        "Dawn_Wychock@pamd.uscourts.gov"
                    PM                      <Dawn_Wychock@pamd.uscourts.gov>
                                                                                    cc

                                                                                Subject
                                            Re: Richard Harley.






I think his displeasure is with me . He has asked me to withdraw butIsee no
reason to do so . Perhaps the judge might want to consider this issue. Also he
may ask to represent himself.

Sent from my iPhone

> On Nov 6, 2014, at 3:56 PM, "Dawn_Wychock@pamd.uscourts.gov"

```
<Dawn_Wychock@pamd.uscourts.gov> wrote:
>
> Mr. O'Brien:
>
> The Judge does not see any value in having a hearing.  He doesn't envision
> how he can help to resolve Mr. Harley's displeasure with his decision.
>
>
> Dawn M. Wychock
> Judicial Assistant
> (570) 831-2556
>
>
>
>             Joseph O'Brien

>             <jaob@oprlaw.com>

>
> To

>             11/06/2014 10:12          "Dawn_Wychock@pamd.uscourts.gov"

>             AM                         <Dawn_Wychock@pamd.uscourts.gov>

>
> cc

>
>
> Subject

>                                        Richard Harley.

>
>
>
>
>
>
>
>
>
>
>
> I forwarded the court's order to Mr Harley. He is not happy and has
> asked me to send a letter to the Court withdrawing from the case. I
> suggested that he send the Court a letter asking for new counsel . He
> refused to do this. Is it possible for the court schedule a hearing to
> be  attended by
mr
> Harley and I to attempt to resolve this matter. The case is scheduled
> for December 3.
> Thank you
>
>
>
> Sent from my iPhone
>
```