IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 3:CR-12-224 |
| ) | (Judge Caputo) |
| RICHARD HARLEY ) | |

## DECLARATION OF BEN S. BERNANKE

I, Ben S. Bernanke, declare as follows:

1. I served as Chairman of the Board of Governors of the Federal Reserve System from February 1, 2006 until January 31, 2014.

2. I have reviewed the documents attached to the November 26, 2014 subpoena issued to me in the above-captioned matter by Richard J. Harley. Although each of the documents purport to be signed by me, I never signed these documents, had never seen them before receiving the subpoena, and am unfamiliar with the matters they purport to address.

3. I have no documents in my possession, custody, or control concerning Richard J. Harley, Joseph Teo Hui Kiat, or Yohannes Riyadi.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5 day of December, 2014.

_____
Ben S. Bernanke

EXHIBIT B