IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 3:CR-12-224 |
| | : | |
| RICHARD HARLEY | : | (CAPUTO, J.) |
| | : | |
| Defendant | : | |

## PRAECIPE TO WITHDRAW

AND NOW comes the United States of America by Peter J. Smith, United States Attorney and G. Michael Thiel, Assistant U.S. Attorney and hereby voluntarily withdraws the Motion to Quash Subpoena, Doc. 125 and Brief in Support of Motion to Withdraw, Doc. 126 in the above-referenced criminal action.

Respectfully submitted,

PETER J. SMITH
UNITED STATES ATTORNEY

/s G. Michael Thiel
G. MICHAEL THIEL
Assistant U.S. Attorney
Atty. I.D. #PA 72926
P.O. Box 309
Scranton, PA 18501
Phone 348-2800
Fax: 348-2830
Dated: December 9, 2014      E-Mail: mike.thiel@usdoj.gov

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania, and is a person of such age and discretion as to be competent to serve papers.

That on December 9, 2014, she served copies of the attached:

## PRAECIPE TO WITHDRAW

by electronic mail to:

Address:

Joseph A. O'Brien, Esq.
Oliver, Price & Rhodes
1212 South Abington Road
P.O. Box 240
Clarks Summit, PA  18411
jaob@oprlaw.com


/s Jodi Matuszewski
Jodi Matuszewski
Legal Assistant