UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------X
UNITED STATES OF AMERICA,

          Plaintiff,

v.

RICHARD J. HARLEY,

          Defendant.
-----------------------------------------------------------X

JURY TRIAL DEMANDED

No. 3:12-CR-224

Hon. A. Richard Caputo

FILED
SCRANTON
DEC - 9 2014
PER_____
DEPUTY CLERK

## THE FEDERAL RESERVE BANK OF NEW YORK'S MOTION TO QUASH SUBPOENAS

The Federal Reserve Bank of New York (the "New York Fed") files this Motion to Quash Subpoenas served or intended to be served on two current employees, B. Gerard Dages and James R. Hennessy (the "Subpoenaed Individuals").

As set forth in the attached memorandum, and supporting affidavits submitted by Mr. Dages and Mr. Hennessy, the motion to quash should be granted because the Subpoenaed Individuals cannot offer any material or favorable testimony for Mr. Harley as they have no personal knowledge of the facts or documents at issue. Further, the subpoenas are deficient insofar as Defendant has failed to serve Mr. Hennessy, and has failed to comply with the witness fee requirements of Fed. R. Crim. P. 17.

Dated: New York, New York
December 9, 2014

Respectfully submitted,

_____
Lawrence A. Durkin
Durkin MacDonald, LLC
SNB Plaza
108 N. Washington Ave., Ste. 1000
Scranton, Pennsylvania 18503
(570) 558-1500
larry@durkinmacdonal.com

_____
Daniel M. Kuhn (*pro hac vice* pending)
Federal Reserve Bank of New York
33 Liberty Street
New York, New York  10045
(212) 720-2356
(212) 720-8709
Jennifer.Spain@ny.frb.org
Daniel.Kuhn@ny.frb.org

*Attorneys for the*
*Federal Reserve Bank of New York*