UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X

UNITED STATES OF AMERICA,

           Plaintiff,

v.

RICHARD J. HARLEY,

           Defendant.

---------------------------------------------------------------X

: JURY TRIAL DEMANDED
: No. 3:12-CR-224
: Hon. A. Richard Caputo

## THE FEDERAL RESERVE BANK OF NEW YORK'S MOTION TO QUASH SUBPOENA

The Federal Reserve Bank of New York (the "New York Fed") files this Motion to Quash a Subpoenas served on a former employees, Christopher J. McCurdy. .

As set forth in the attached memorandum, and supporting affidavits submitted by Mr. McCurdy, the motion to quash should be granted because Mr. McCurdy cannot offer any material or favorable testimony for Mr. Harley as he has no personal knowledge of the facts or documents at issue. Further, the subpoenas are deficient insofar as Defendant has failed to comply with the witness fee requirements of Fed. R. Crim P. 17.

FILED
SCRANTON
DEC - 9 2014

PER_____
    DEPUTY CLERK

Dated:  New York, New York
        December 9, 2014

Respectfully submitted,

/s/ Lawrence A. Durkin
Lawrence A. Durkin
Durkin MacDonald, LLC
SNB Plaza
108 N. Washington Ave., Ste. 1000
Scranton, Pennsylvania 18503
(570) 558-1500
larry@durkinmacdonal.com

/s/ Daniel M. Kuhn
Daniel M. Kuhn (*pro hac vice* pending)
Jennifer E. Spain (*pro hac vice* pending)
Federal Reserve Bank of New York
33 Liberty Street
New York, New York  10045
(212) 720-2356
(212) 720-8709
Jennifer.Spain@ny.frb.org
Daniel.Kuhn@ny.frb.org

*Attorneys for the*
*Federal Reserve Bank of New York and*
*Christopher J. McCurdy*