UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICHARD J. HARLEY,

        Defendant.

------------------------------------------------------------X

JURY TRIAL DEMANDED

No. 3:12-CR-224

Hon. A. Richard Caputo

**ORDER**

AND NOW, this __10th__ day of December, 2014 upon Motion of the Federal Reserve Bank of New York and any response thereto, it is hereby ADJUDGED, ORDERED and DECREED that the Subpoenas issued to B. Gerard Dages and James R. Hennessy are QUASHED.

_____
HONORABLE RICHARD A. CAPUTO