# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR  :
ADMISSION TO PRACTICE IN THIS COURT  :     12-CR-224

## PETITION

I, __Daniel M. Kuhn__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:  __33 Liberty Street__

__New York, New York 10045-001__

Office Telephone:  __212-720-8458__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__Southern District of New York, March 2010__

__Courts of the State of New York, May 2002__

My attorney identification number is:  __4028957__

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

____ SPECIAL ADMISSION:

GRANTED BY THE COURT _____   Date: _____

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do ____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

__X__ Special Admission (specify by a check which rule) under

LR 83.8.2.1 _X_, LR 83.8.2.2 ___, LR 83.8.2.3 ___, or LR 83.8.2.4 ___

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I am an attorney with the Federal Reserve Bank of New York, appearing to move to quash subpoenas served on former and current employees in United States v. Harley, No. 3:12-cr-224. Associate counsel is: Lawrence A. Durkin, Durkin MacDonal, LLC, SNB Plaza, 108 N. Washington Ave., Ste. 100, Scranton, PA 18503

NAME THE PARTY YOU REPRESENT:
Non-party, Federal Reserve Bank of New York; subpoenaed individuals: current employees James R. Hennessy and B. Gerard Dages; former employee Christopher J. McCurdy.

If special admission is requested for a particular case, please list case number and caption:

Case # 3:12-cr-224

Caption # United States of America v. Richard J. Harley

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Lawrence A. Durkin, Esquire, Durkin MacDonald, LLC, Address: SNB Plaza, 108 N. Washington Ave., Ste. 1000 Scranton, PA 18503. Phone: 570.558.1500. Bar number: 83324.

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

Daniel M. Kuhn
PETITIONER

4028957, New York State
(Bar Identification Number and State where admitted)
12/9/14
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

NAME OF PETITIONER _____

**SPONSOR'S CERTIFICATE:**

I, Lawrence A. Durkin, Esquire, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month) September (day) _____, (year) 1999. I have known the above petitioner for

5 days. To my knowledge, the petitioner's moral character is as follows: A respected attorney for the Federal Reserve Bank of New York.

To my knowledge, the petitioner's educational background and experience are as follows: Thirteen years initially in private practice with Arnold & Porter, then with the Federal Reserve Bank of New York.

I sponsor and recommend Daniel M. Kuhn, Esquire for admission as a qualified attorney to practice before this court.

_____
(sponsor)

Office address:  108 N. Washington Avenue, Suite 1000

Scranton, Pa 18503

Telephone:  (570) 558-1500

Attorney Bar I.D. Code No.  83324

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:

_____
Signature

```
Court Name: District Court
Division: 3
Receipt Number: 333041633
Cashier ID: gangeli
Transaction Date: 12/12/2014
Payer Name: DURKIN MACDONALD LLC

PRO HOC VICE
 For: DURKIN MACDONALD LLC
 Case/Party: D-PAM-3-14-PB-008001-001
 Amount:         $50.00

Paper Check Conversion
 Check/Money Order Num: 2453
 Amt Tendered:   $50.00

Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

DANIEL M. KUHN


Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $53.00 fee will be
charged for returned checks.
```