**Fw: Your current interest in banking**

Wednesday, April 27, 2011 7:41 PM
From:
"Edwin White" <ehw3@bellsouth.net>
View contact details

To:
"Dr.Richard J Harley" <r.harley@rjhco3.com>

----- Original Message -----
**From:** Edwin White
**To:** chrismccurdy64@aol.com
**Sent:** Wednesday, April 27, 2011 6:07 PM
**Subject:** Fw: Your current interest in banking


Dear Mr. Mccurdy,  Some time ago while you were officer  at the New York Branch of the Federal Reserve Bank,I had the privilege of discussing
 a banking issue with you. Although  you are retired, are you in any way  still associated with the Federal Reserve Banking System?
If not will you  provide to me the  name and  phone  number of  an officer  that I may conact.?

Thank You,   Edwin White   E-Mail  address ehw3@bellsouth.net    telephone # 601 736 7052

| | | | |
|---|---|---|---|
| **Christopher J Mccurdy** | 68 | Ridgewood, NJ<br>Bogota, NJ<br>New York | Katherine Mccurdy<br><br>Meghan Mccurdy<br>Patricia S Mccurdy<br>William Thomas Mccurdy |
| | | Chrismccurdy64@aol.com | |

Gender & Age
Male | Late 60's
Phone Number
(201) 652-****
Email Address
Current Address
PO Box ******
City & State
Ridgewood, NJ 07451
Family Members
3 Relatives Found



Christopher J Mccurdy Properties

General | Custom | Details

Christopher J Mccurdy

Type of file: Microsoft Word Document (.doc)
Opens with: Microsoft Office Word     Change...

Location: F:\
Size: 32.0 KB (32,768 bytes)
Size on disk: 32.0 KB (32,768 bytes)

Created: Wednesday, September 12, 2012, 4:37:56 PM
Modified: Wednesday, September 12, 2012, 6:43:16 PM
Accessed: Today, December 10, 2014

Attributes:  ☐ Read-only   ☐ Hidden   ☑ Archive

OK    Cancel    Apply