# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RICHARD J. HARLEY,

      Defendant.

NO. 12-CR-0224

(JUDGE CAPUTO)

## JURY VERDICT FORM

WE, THE JURY, MAKE THE FOLLOWING UNANIMOUS FINDINGS BEYOND A REASONABLE DOUBT:

**Count 1** - On the charge of <u>Wire Fraud</u> on or about **July 24, 2008**, in the form of a wire transfer from Marshall Silverstein, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty      _____ Not Guilty

**Count 2** - On the charge of <u>Wire Fraud</u> on or about **September 4, 2008**, in the form of a wire transfer from Marshall Silverstein, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty      _____ Not Guilty

**Count 3** - On the charge of <u>Wire Fraud</u> on or about **February 13, 2009**, in the form of a wire transfer from Marshall Silverstein, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

\_\_\_\_\_✓\_\_\_\_\_ Guilty       _____ Not Guilty

**Count 4** - On the charge of <u>Wire Fraud</u> on or about **February 17, 2009**, in the form of a wire transfer from Marshall Silverstein, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

\_\_\_\_\_✓\_\_\_\_\_ Guilty       _____ Not Guilty

**Count 5** - On the charge of <u>Wire Fraud</u> on or about **March 24, 2009**, in the form of a wire transfer from Marshall Silverstein,  in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

\_\_\_\_\_✓\_\_\_\_\_ Guilty       _____ Not Guilty

**Count 6** - On the charge of <u>Wire Fraud</u> on or about **December 20, 2007**,in the form of a wire transfer involving Maurice Schufford, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

\_\_\_\_\_✓\_\_\_\_\_ Guilty       _____ Not Guilty

**Count 7** - On the charge of <u>Wire Fraud</u> on or about **December 16, 2008**, in the form of a wire transfer from Malcolm Casselle, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty     _____ Not Guilty

**Count 8** - On the charge of <u>Wire Fraud</u> on or about **December 22, 2008**, in the form of a wire transfer from Malcolm Casselle, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty     _____ Not Guilty

**Count 9** - On the charge of <u>Wire Fraud</u> on or about **May 16, 2009**, in the form of an email to Malcolm Casselle, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty     _____ Not Guilty

**Count 10** - On the charge of <u>Wire Fraud</u> on or about **April 28, 2009**, in the form of an email to Malcolm Casselle, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty     _____ Not Guilty

**Count 11** - On the charge of <u>Wire Fraud</u> on or about **May 4, 2010**, in the form of an email to Irene Randall, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty   _____ Not Guilty

**Count 12** - On the charge of <u>Wire Fraud</u> on or about **April 20, 2009**, in the form of an email to Andrew Heckenberger, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty   _____ Not Guilty

**Count 13** - On the charge of <u>Wire Fraud</u> on or about **April 3, 2012**, in the form of an email to Ned Siegel, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty   _____ Not Guilty

**Count 14** - On the charge of <u>Wire Fraud</u> on or about **April 28, 2009**, in the form of an email to Neil Abrams, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty   _____ Not Guilty

**Count 15** - On the charge of <u>Wire Fraud</u> on or about **April 18, 2011**, in the form of four emails to William Dudley, an employee of the Federal Reserve Bank of New York, in violation of 18 U.S.C. § 1343, we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty     _____ Not Guilty

**Count 16** - On the charge of <u>Bankruptcy Fraud</u> on or about **November 22, 2010**, in violation of 18 U.S.C. § 157(1), we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty     _____ Not Guilty

**Count 17** - On the charge of <u>Bankruptcy Fraud</u> on or about **March 24, 2011**, in violation of 18 U.S.C. § 157(1), we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty     _____ Not Guilty

**Count 18** - On the charge of <u>False Statements in Bankruptcy Filing</u> on or about **November 22, 2010**, relating to assets totaling 765 million dollars, in violation of 18 U.S.C. § 152(3), we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty     _____ Not Guilty

**Count 19** - On the charge of <u>False Statements in Bankruptcy Filing</u> on or about **March 24, 2011**, relating to assets totaling 765 million dollars, in violation of 18 U.S.C. § 152(3), we find the defendant **RICHARD HARLEY**:

_____✓_____ Guilty     _____ Not Guilty

**Count 20** - On the charge of <u>False Statements in Bankruptcy Filing</u> on or about **May 29, 2012**, relating to the omission of debts involving Marshall Silverstein, the United States Securities and Exchange Commission, and the United States, in violation of 18 U.S.C. § 152(3), we find the defendant **RICHARD HARLEY**:

\_\_\_\_\_✓\_\_\_\_\_ Guilty          _____ Not Guilty

**Count 21** - On the charge of <u>False Statements in Bankruptcy Filing</u> on or about **May 29, 2012**, relating to the failure to list himself as an officer of RJH & Company, in violation of 18 U.S.C. § 152(3), we find the defendant **RICHARD HARLEY**:

\_\_\_\_\_✓\_\_\_\_\_ Guilty          _____ Not Guilty

**Count 22** - On the charge of <u>False Statements in Bankruptcy Filing</u> on or about **May 29, 2012**, relating to the failure to list art objects, in violation of 18 U.S.C. § 152(3), we find the defendant **RICHARD HARLEY**:

\_\_\_\_\_✓\_\_\_\_\_ Guilty          _____ Not Guilty

**Count 23** - On the charge of <u>Bank Fraud</u> from on or about **April 2009 to on or about April 2012** , in violation of 18 U.S.C. § 1344, we find the defendant **RICHARD HARLEY**:

\_\_\_\_\_✓\_\_\_\_\_ Guilty          _____ Not Guilty

In Wilkes-Barre, Pennsylvania, this _____15th_____ day of December 2014.

_12/15/14  5:15 PM_

DATE AND TIME                          FOREPERSON'S SIGNATURE


                                       FOREPERSON'S NAME (PRINT)

7