# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES OF AMERICA v. RICHARD J. HARLEY

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 1.1 | Count 1—Wire transfer between Embassy Bank and MLPF&S for $35,000 (Silverstein-RJH) | 07/24/08 | 12/5/14 | A | Silverstein |
| 2.1 | Count 2—Wire transfer between Embassy Bank and MLPF&S for $15,000 (Silverstein-RJH) | 09/04/08 | 12/6/14 | A | Silverstein |
| 3.1 | Count 3—Wire transfer between Embassy Bank and MLPF&S for $10,000 (Silverstein-RJH) | 02/13/09 | 12/5/14 | A | Silverstein |
| 4.1 | Count 4—Wire transfer between Embassy Bank and MLPF&S for $10,000 (Silverstein-RJH) | 02/17/09 | 12/5/14 | A | Silverstein |
| 5.1 | Count 5—Wire transfer between Embassy Bank and MLPF&S for $10,000 (Silverstein-RJH) | 03/24/09 | 12/5/14 | A | Silverstein |
| 6.1 | Count 6—Wire transfer between Hughes Aircraft Emp. FCU and MLPF&S for $10,000 (Shufford-RJH) | 12/20/07 | 12/8/14 | A | Schufford |
| 7.1 | Count 7—Wire transfer between Citibank and MLPF&S for $3,000 (Casselle-RJH) | 12/16/18 | 12/8/14 | A | Casselle |
| 8.1 | Count 8—Wire transfer between Citibank and MLPF&S for $5,000 (Casselle-RJH) | 12/22/08 | 12/8/14 | A | Casselle |

Updated December 2, 2014

# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES OF AMERICA v. RICHARD J. HARLEY

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

| Exhibit (Initial and No.) | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 9.1 | Count 9—Email from Richard Harley to Malcolm Casselle attaching two Federal Reserve checks dated 03/31/11 for $500 million each and supporting documents | 05/16/09 | 12/8/14 | A | Casselle |
| 10.1 | Count 10—Email from Richard Harley to Malcolm Casselle attaching financial guarantee agreement from Prudential Life Assurance | 04/28/09 | 12/8/14 | A | Casselle |
| 11.1 | Count 11—Email from Richard Harley to Irene Randall attaching RJH corporate profile | 05/04/10 | 12/8/14 | A | Randall |
| 12.1 | Count 12—Email from Richard Harley to Andrew Henckenberger (MLPF&S) attaching two Federal Reserve checks dated 03/31/11 for $500 million each and other supporting documents | 04/20/09 | 12/4/14 | A | Henckenberger |
| 12.2 | Emails from Heckenberger to Pugh and Harley to Heckenberger | | | 12/4/14 | A | Henckenberger |
| 12.3 | SAR from MLPF&S | 05/28/09 | | A | |
| 13.1 | Count 13—Email from Richard Harley to Ned Siegel (State Street) attaching RJH corporate profile and supporting documents | 04/03/12 | 12/5/14 | A | Siegel |
| 11.2 | RJH corporate profile | 10/28/09 | 12/9/14 | A | Randall |

Updated December 2, 2014

# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES OF AMERICA v. RICHARD J. HARLEY

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 13.2 | Signed non-disclosure agreement between State Street and Harley | 03/21/12 | 12/5/14 | A | Siegel |
| 13.3 | Email from Siegel to Harley | 03/27/12 | 12/5/14 | A | '' |
| 13.4 | Email from Harley to Siegel (C & D) | 03/27/12 | 12/5/14 | A | '' |
| 14.1 | Count 14—Email from Richard Harley to Neal Abrams (LPL) attaching two Federal Reserve checks dated 03/31/11 for $500 million each and supporting documents | 04/28/09 | 12/4/14 | A | Neal Abrams |
| 15.1 | Count 15—Four emails from Richard Harley to William Dudley (FRB) containing two Federal Reserve checks dated 03/31/11 for $500 million each and demand for cash payment | 04/18/11 | 12/4/14 | | |
| 15.2 | Emails between Richard Harley and Sahil Godiwala (FRB) and Richard Harley informing Harley that the FRB checks are fraudulent | 04/20/11-04/28/11 | 12/4/14 | A | Godiwala |
| 15.2(A) | Emails between Richard Harley and Sahil Godiwala (FRB) and Richard Harley informing Harley that the FRB checks are fraudulent (Harley copies) | | 12/4/14 | | '' |

GOVERNMENT'S EXHIBIT LIST

UNITED STATES OF AMERICA v. RICHARD J. HARLEY

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 15.3 | Bates stamped copies of Harley correspondence with FRB-NY | | 12/3/14 | A | Richard Jones |
| 16.1 | Counts 16 and 18—Bankruptcy Petition for RJH & Co., 5:10-BK-09451-RNO, Doc. #1 | Filed 11/22/10 | 12/9/14 | A | Schiller |
| 16.2 | 5:10-BK-09451-RNO, Doc. #13 (list of creditors) | | 12/9/14 | A | Schiller |
| 16.3 | 5:10-BK-09451-RNO, Doc. #14 (corporate shareholders) | | 12/9/14 | A | Schiller |
| 16.4 | 5:10-BK-09451-RNO, Doc. #17 (letter) | 12/07/10 | 12/9/14 | A | Schiller |
| 16.5 | 5:10-BK-09451-RNO, Doc. #18 (revised summary of schedules) | | 12/9/14 | A | Schiller |
| 16.6 | 5:10-BK-09451-RNO, docket sheet | | 12/5/14 | A | Foserty |
| 17.1 | Count 17 and 19—Bankruptcy Petition for RJH & Co., 5:11-BK-02060-JJT, Doc. #1 | Filed 03/24/11 | 12/9/14 | A | Schiller |
| 17.2 | 5:11-BK-02060-JJT, Doc. #2 (summary of schedules) | | 12/9/14 | A | Schiller |
| 17.3 | 5:11-BK-02060-JJT, Doc. #3 (statement of financial affairs) | | 12/9/14 | A | Schiller |

Updated December 2, 2014

GOVERNMENT'S EXHIBIT LIST

UNITED STATES OF AMERICA v. RICHARD J. HARLEY

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 17.4 | 5:11-BK-02060-JJT, Doc. #4 (statement of current income) | | 12/1/14 | A | Schiller |
| 17.5 | 5:11-BK-02060-JJT, Doc. #5 (statement of creditors) | | 12/1/14 | A | |
| 17.6 | 5:11-BK-02060-JJT, Doc. #6 (list of creditors) | | 12/1/14 | A | |
| 17.7 | 5:11-BK-02060-JJT, docket sheet | | 12/5/14 | A | Fogerty |
| 17.8 | Transcript of motion to dismiss | 05/12/11 | 12/5/14 | A | Fogerty |
| 17.9 | Order granting motion to dismiss | 05/12/11 | 12/9/14 | A | Schiller |
| 18.0 | Intentionally left blank | | | | |
| 19.0 | Intentionally left blank | | | | |
| 20.1 | Counts 20 and 21—Bankruptcy Petition for Richard J. Harley, 5:12-BK-03201 | Filed 05/29/12 | 12/1/14 | A | Schiller |
| 20.2 | 5:12-BK-03201, Doc. #3-1 (statement of income) | | 12/1/14 | A | Schiller |
| 20.3 | 5:12-BK-03201, Doc. #13 (certificate of counseling) | | 12/1/14 | A | Schiller |
| 20.4 | Judgment obtained by Marshall Silverstein against Harley, 2009-C-5910 | | 12/5/14 | A | Fogerty |

# UNITED STATES OF AMERICA v. RICHARD J. HARLEY

## GOVERNMENT'S EXHIBIT LIST

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 20.5(A) | Judgment obtained by SEC against Harley: 3:CV-96-0705 | | Jury Genl counsel | 12/1/14 | |
| 20.5(B) | SEC v. Harley, 294 Fed. Appx. 711 (3d Cir. 2008) | | Jury Genl counsel | A | 12/1/14 |
| 20.5(C) | Letter from SEC to Harley requesting payment with declaration | 08/26/10 | Jury Genl counsel | A | 12/1/14 |
| 20.6(A) | Judgment obtained by United States against Harley, 3:CR-96-286 | | | | |
| 20.6(B) | USA v. Harley, 39 Fed. Appx. 789 (3d Cir. 2002) | | | | |
| 20.6(C) | USDOJ consolidated debt collection system payment history, USA v. Harley | | | | |
| 20.6(D) | USA v. Harley, 2009-03544 (Monroe County) (Harley records) | 04/14/09 | 12/1/14 | A | Musloski |
| 20.6(E) | Letter from Musloski to Harley ~ as redacted | 08/03/11 | 12/1/14 | A | Musloski |
| 20.7 | 5:12-BK-03201 docket sheet | | 12/5/14 | A | Fogerty |
| 20.8 | Tape of Section 341 meeting | 08/01/12 | | | |
| 20.9 | Transcript of Section 341 meeting | 08/01/12 | | | |
| 20.10 | Transcript of proceedings, Northslope v. Harley | 05/23/12 | | | |

Updated December 2, 2014

-6-

20-6(F) 12/1/14 A Musloski

20-6(H) 12/1/14 A Musloski

# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 20.11 | Order holding Harley in contempt in Northslope v. Harley | 05/23/12 | | | |
| 20.12 | Order releasing Harley from jail in Northslope v. Harley | 06/08/12 | | | |
| 21.1 | Count 21—RJH & Co. Cert. of Good Standing and annual reports showing Harley as CEO | | | | |
| 22.1 | Count 22—Affidavit and declaration of Harley | 01/04/05 | 12/11/14 | A | V. Browning |
| 22.2 | Partnership agreement between Harley and Silverstein re: painting valued at $1.8 million | 02/09/07 | 12/11/14 | A | V. Browning |
| 23.1 | Count 23-Letter from Harley to Bernanke (Bond power $5 trillion USD bank instruments) (Harley copy) | 08/03/09 | 12/11/14 | A | V. Browning |
| 23.1(A) | Count 23-Letter from Harley to Bernanke (Bond power $5 trillion USD bank instruments) (Fed. Res. copy) | 8/3/09 | 12/11/14 | A | Leonard Zawfruski Jr. |
| 23.2(A) | Letter from Harley to Bernanke (requesting recording of bond power) with attachments (Harley copy) | 11/30/09 | 12/11/14 | A | V. Browning |

# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 23.2(B) | Letter from Harley to Bernanke (requesting recording of bond power) (Fed. Reserve copy) | 11/30/09 | 12/4/14 | A | Leonard A. Cawtruski, Jr. |
| 23.3(A) | Letter from Harley to Lockhart (request for $1 billion) | 03/03/11 | 12/3/14 | A | Browning Richard Jones |
| 23.3(B) | Letter from Harley to Lockhart requesting return of documents | 03/14/11 | 12/4/14 | A | Browning " |
| 23.3(C) | Documents attached to Exhibit 23.2(A) | | | | |
| 23.4 | Letter from Harley to Lockhart with attachments (cash payment demand $1 billion USD) | 03/28/11 | 12/4/14 | A | V. Browning |
| 23.5(A) | Email from Richard Jones to Harley re: bogus documents | 04/11/11 | 12/4/14 | A | " " |
| 23.5(B) | Letter from Harley to Dudley with attachments (cash payment demand $1 billion USD) | 04/18/11 | 12/1/14 | A | V. Browning |
| 23.6 | Letter from Harley to Bernanke with attachments (cash payment demand $200 billion USD) | 05/30/11 | 12/1/14 | A | V. Browning |
| 23.7 | Letter from Harley to Bernanke with attachments (demand for release of $200 billion) | 06/07/11 | 12/1/14 | A | V. Browning |

# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 23.8(A) | FRB NY– "Scams involving the Federal Reserve name" (FRB website) | | | | |
| 23.8(B) | Scam involving Yohannes Riyadi and/or Wilfredo Saurin (Harley) | | 12/11/14 | A | V. Browning |
| 23.9 | "Overview of a Conversation with Richard A. Jones General Counsel and Myself" | | 12/11/14 | A | V. Browning |
| 23.10 | "Men Charged With Providing Phony Million Dollar Bills to Local Bank as Collateral for Loan" | 12/21/06 | 12/11/14 | A | V. Browning |
| 23.11 | Cease and desist notices to potential victims | 07/02/09 to 09/16/10 | 12/11/14 | A | V. Browning |
| 23.12 | "Fraud Outruns the Feds" | | 12/11/14 | A | V. Browning |
| 23.13 | Handwritten notes regarding origin of bank fraud scheme | | | | |
| 23.14 | Emails between Godiwala and Harley (Harley copies) | 04/19/11 to 04/28/11 | | | |
| 23.15 | Emails between Harley and Joseph requesting verbiage on bank letterhead with attachments unsigned and signed | | 12/11/14 | | V. Browning |

GOVERNMENT'S EXHIBIT LIST

UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 23.16 | Signatures of Dick Cheney, Bernanke, et al. | | 12/11/14 | A | V. Browning |
| 23.17 | Internet printout from URL listed on 23.16 | | 12/11/14 | A | V. Browning |
| 23.18 | "Skyline equities" reserve funds letter and associated documents | | 12/11/14 | A | V. Browning |
| 23.19 | Images of Joseph Teo signatures and initials | | 12/11/14 | A | V. Browning |
| 23.20 | Joseph Teo documents with signatures | | 12/11/14 | A | V. Browning |
| 23.21 | Riyadi related documents | | 12/11/14 | A | V. Browning |
| 23.22 | Email from Zawistowski to Faircloth | 12/15/09 | 12/4/14 | A | Zawistowski |
| 23.23 | Robert Amenta emails | | | | |
| 24.1 | Certification of lack of records for Harley's tax returns 2006-2011 | 04/13/11 | | | |
| 24.2 | Certification of lack of records for RJH & Co. tax returns 2007-2011 | | | | |
| 24.3 | RJH & Co. 2005 tax return | | | | |
| 24.4 | RJH & Co. 2006 tax return | | | | |
| 25.1 | Microcassette 2, side B | | 12/11/14 | A | V. Browning |

Updated December 2, 2014

**GOVERNMENT'S EXHIBIT LIST**

**UNITED STATES OF AMERICA v. RICHARD J. HARLEY**

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 25.2(A) | Transcript of microcassette 2, side B (Harley, Tony & UM) | | | | |
| 25.2(B) | Transcript of microcassette 2, side B (Harley, Huang & Beverly) | | | | |
| 25.3 | Documents relating to Huang | 09/19/09-09/23/09 | 12/1/14 | A | V. Browning |
| 25.4 | Transcript of Harley deposition on 06/28/10 | | | | |
| 25.5 | CD of recording between Harley, Pate & Thornton | 08/17/99 | 12/0/14 | A | Vicki Davis |
| 25.6 | Transcript of CD of recording between Harley, Pate & Thornton | | | | |
| 25.7 | FBI recording between Harley and Pate | | | | |
| 25.8 | Transcript of recording between Harley and Pate on 08/19/99 | 08/19/99 (6:30 p.m.) | 12/10/14 | A | Vicki Davis |
| 25.9 | Documents relating to SouthTrust Bank including "safekeeping receipt") (Harley search) | | | | |
| 25.10 | Documents relating to SouthTrust Bank including "safekeeping receipt") (Vicki Davis file) | | 12/10/14 | A | Vicki Davis |

Updated December 2, 2014

-11-

# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 25.11 | Three FBI recordings between Harley and Pate | 08/23/99 | 12/10/14 | A | Vicki Davis |
| 25.12 | Transcript of three recordings between Harley and Pate on 08/23/99 | | | | |
| 25.13 | FBI recording between Harley and Pate | 08/25/99 | 12/10/14 | A | Vicki Davis |
| 25.14 | Transcript of recording between Harley and Pate on 08/25/99 | | | | |
| 25.15 | FBI recording between SouthTrust Bank, FBI, Harley and Pate | 08/19/99 (1:35 p.m.) | 12/10/14 | A | Vicki Davis |
| 25.16 | Transcript of recording between SouthTrust Bank, FBI, Harley, and Pate on 08/19/99 | | | | |
| 26.1 | Intentionally left blank | | | | |
| 26.2(A) | Disposition of proceeds: Merrill Lynch records | | 12/11/14 | A | V. Browning |
| 26.2(B) | Disposition of proceeds: Penn Security records | | 12/11/14 | A | V. Browning |
| 26.2(C) | Disposition of proceeds: Wachovia records | | 12/11/14 | A | V. Browning |
| 27.1 | Silverstein-RJH Confidentiality Agreement | 02/13/06 | 12/5/14 | A | Silverstein |
| 27.2 | Fax from Silverstein to Cohen attaching RJH promissory note dated 09/21/06 | 09/20/06 | 12/5/14 | A | Silverstein |

Updated December 2, 2014

GOVERNMENT'S EXHIBIT LIST

UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO . 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 27.3 | Embassy Bank wire transfer request ($10,000) | 09/21/06 | 12/5/14 | A | Silverstein |
| 27.4 | Merrill Lynch wiring instructions from RJH | 10/20/06 | 12/5/14 | A | Silverstein |
| 27.5 | Embassy Bank wire transfer request ($10,000) | 10/20/06 | 12/5/14 | A | Silverstein |
| 27.5(A) | Fax from RJH to Silverstein attaching "oil reserves assignment instrument") dated 08/22/06 | 10/26/06 | 12/5/14 | A | Silverstein |
| 27.6 | Fax from RJH to Silverstein attaching Kesterson analysis dated 12/13/05 and Merrill Lynch wiring instructions | 12/26/06 | 12/5/14 | A | Silverstein |
| 27.7 | Embassy Bank wire transfer request ($55,000) | 12/26/06 | 12/5/14 | A | Silverstein |
| 27.8 | Fax from RJH to Silverstein attaching copy of "oil production note" | 01/30/07 | 12/5/14 | A | Silverstein |
| 27.9 | "Secured corporate promissory demand note" ($500,000) | 02/09/07 | 12/5/14 | A | Silverstein |
| 27.10 | "Partnership Agreement" between Harley and Silverstein re: Settlemyre oil painting allegedly worth $1.8 million | 02/09/07 | 12/5/14 | A | Silverstein |

Updated December 2, 2014

-13-

GOVERNMENT'S EXHIBIT LIST

UNITED STATES OF AMERICA v. RICHARD J. HARLEY

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 27.11 | Fax from RJH to Silverstein re: York County Library correspondence to Jackie Harley regarding Settlemyre oil painting and provenance | 02/09/07 | 12/5/14 | A | Silverstein |
| 27.12 | Email from Harley to Silverstein with picture of Settlemyre oil painting | 02/09/07 | 12/5/14 | A | Silverstein |
| 27.13 | Encyclopedia extract on Titian | | 12/5/14 | A | Silverstein |
| 27.14 | Fax from RJH to Silverstein re: "Temple Beth El Capital Campaign Fund" $500,000 pledge | 02/09/07 | 12/5/14 | A | Silverstein |
| 27.15 | "Secured Corporate Promissory Demand Note" $500,000) | 07/09/07 | 12/5/14 | A | Silverstein |
| 27.16 | Fax from RJH to Silverstein re: "Temple Beth El Capital Campaign Fund" $250,000 pledge and $1.5 million loan | 07/07/07 | 12/5/14 | A | Silverstein |
| 27.17 | Fax from RJH to Silverstein re: corrected copy of Temple Beth El Capital Campaign Fund Agreement | 07/08/07 | 12/5/14 | A | Silverstein |
| 27.18 | Fax cover sheet from Harley to Silverstein with Merrill Lynch wiring instructions | 07/07/07 | | A | Silverstein |
| 27.19 | Embassy Bank wire transfer request ($75,000) | 07/09/07 | 12/5/14 | A | Silverstein |

Updated December 2, 2014

# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES OF AMERICA v. RICHARD J. HARLEY

**JUDGE: CAPUTO**
**WILKES-BARRE, PENNSYLVANIA**

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 27.20 | Fax and "Secured Corporate Promissory Demand Note: ($550,000) | 10/25/07 | 12/5/14 | A | Silverstein |
| 27.21 | Check from Silverstein to Jacquelyn Kube ($10,000) | 10/25/07 | 12/6/14 | A | Silverstein |
| 27.22 | Embassy Bank wire transfer request ($35,000) | 07/24/08 | 12/5/14 | A | Silverstein |
| 27.23 | Fax and "Joint Venture Agreement," "Oil Analysis Report," and "Oil Production Promissory Note" | 07/28/08 | 12/5/14 | A | Silverstein |
| 27.24 | Embassy Bank wire transfer request ($15,000) | 09/04/08 | 12/5/14 | A | Silverstein |
| 27.25 | Fax — R.J.H to Silverstein | | 02/15/09 | 12/5/14 | A | Silverstein |
| 27.26 | Merrill Lynch wiring instructions | 02/17/09 | 12/5/14 | A | Silverstein |
| 27.27 | Embassy Bank wire transfer request ($10,000) | 02/17/09 | 12/5/14 | A | Silverstein |
| 27.28 | Embassy Bank wire transfer request ($3,500) | 03/24/09 | 12/5/14 | A | Silverstein |
| 27.29 | "Secured Corporate Promissory Note" ($1 million) | 06/02/09 | 12/5/14 | A | Silverstein |
| 27.30 | "Joint Venture Agreement" | 06/02/09 | 12/5/14 | A | Silverstein |
| 27.31 | Fax and "Secured Corporate Promissory Note" ($2 million) | 07/24/09 | 12/5/14 | A | Silverstein |
| 27.32 | Order awarding ownership of Lexus to Silverstein | 09/20/12 | 12/5/14 | A | Fogarty |

# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES OF AMERICA v. RICHARD J. HARLEY

**JUDGE: CAPUTO**
**WILKES-BARRE, PENNSYLVANIA**

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 27.33 | Check from Silverstein to Kube ($10,000) and deposit slip | 06/02/09 | 12/5/14 | A | Silverstein |
| 28.1(A) | Enpetro Inc.—Nevada Secretary of State records | | 12/10/14 | A | |
| 28.1(B) | Enpetro Inc.—Texas Secretary of State records | | 12/10/14 | A | |
| 29.1 | Enpetro LPC, Inc., Texas Secretary of State records | | 12/10/14 | A | |
| 30.1 | Texas Railroad Commission Certification of Lack of Records for Enpetro, Inc., Enpetro, LPC, or Harley | 08/14/12 | 12/10/14 | A | |
| 30.2 | Letter from Texas Railroad Commission to Harley indicating operators of leases to be Hays Hilltop and MER | 09/27/05 and 10/20/05 | | | |
| 30.3 (A)-(I) | Correspondence from Texas Railroad Commission to Harley with certified copies of lease printouts (Harley files) | | | | |
| 30.4 | Certified records from Texas Railroad Commission regarding Harley requests and responses | | | | |
| 30.5 | Harley email to Texas Railroad Commission requesting status report on leases | 07/21/08 | | | |

Updated December 2, 2014

-16-

GOVERNMENT'S EXHIBIT LIST

UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 30.6 | Texas Railroad Commission reply to Harley's 07/21/08 requesting indicating no change with printouts | 07/24/08 | | | |
| 31.1 | Letter from Tom Gillen to Harley re: oil production notes | 08/12/97 | | | |
| 31.2 | Agreement between Harley and Dedmon re: $200 million oil production note | 09/24/97 | | | |
| 31.3 | Email from Dedmon to Trantham with C&D letter | 06/09/10 | | | |
| 32.1 | Fax and letter from Harley to Kesterson | 06/01/99 | 12/12/14 | A | Kesterson |
| 32.2 | Fax and letter from Kesterson to Harley | 06/02/99 | 12/12/14 | A | Kesterson |
| 32.3 | Fax and executive summary from Harley to Kesterson | 06/03/99 | 12/12/14 | A | Kesterson |
| 32.4 | Fax and letter from Kesterson to Harley | 06/05/99 | 12/12/14 | A | Kesterson |
| 32.5 | Fax and letter from Kesterson to Harley re: analysis of the oil reserves | 06/15/99 | 12/12/14 | A | Kesterson |
| 32.6 | "Estimated reserve analysis for crude oil six leases containing 815 acres" | 07/02/99 | 12/12/14 | A | Kesterson |

Updated December 2, 2014

-17-

# GOVERNMENT'S EXHIBIT LIST

# UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 32.7 | Kesterson invoice to Harley | 07/03/99 | 12/2/14 | A | Kesterson |
| 32.8 | Fax and letter from Kesterson to Harley | 07/04/99 | 12/2/14 | A | Kesterson |
| 32.9 | Fax and executive summary from Harley to Kesterson | 08/02/99 | 12/2/14 | A | Kesterson |
| 32.10 | "Financial Procurement Fee Agreement" between Harley and Kesterson | 08/26/99 | 12/2/14 | A | Kesterson |
| 32.11 | Fax from Kesterson to Harley re: payment information | 10/07/99 | | | |
| 32.12 | Revision of 07/03/99 report | 01/26/00 | 12/2/14 | A | Kesterson |
| 32.13 | Letter from Kesterson to Harley | 02/23/00 | | | |
| 32.14 | Revision of 07/03/99 report | 12/13/05 | 12/2/14 | A - | Kesterson |
| 32.15 | Revision of 07/03/99 report | 06/06/07 | 12/2/14 | A | " |
| 32.16 | Revision of 07/03/99 report | 09/28/07 | | A | " |
| 32.17 | Revision of 07/03/99 report | 02/20/08 | 12/2/14 | A | Kesterson |
| 33.1 | Images of Kesterson, Tonya Harley, and other signatures in Harley's records | | | | |
| 33.18 | 7/28/99 Fax from Harley to Kesterson "Verbeg for Salkeping Receipt | | 7/08/99 | 12/2/14 | A | Kesterson |

Updated December 2, 2014

-18-

# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES OF AMERICA v. RICHARD J. HARLEY

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 34.1 | Lease agreement between Madison Park Realty and Harley signed by Tonya Harley | | | | |
| 34.2 | RJH corporate resolution with Tonya Harley signature | | | | |
| 35.1 | Henry Cohen wire transfer records $5,000 | 03/14/07 | | | |
| 35.2 | Promissory note between Cohen and RJH | 03/13/07 | | | |
| 35.3 (A)-(F) | Documents notarized by Cohen | | | | |
| 35.4 | Agreement between Harley and Cohen re: Titian | 06/21/96 | | | |
| 35.5 | Confidentiality Agreement between Cohen, Harley, and Silverstein | 02/13/06 | | | |
| 35.6 | Finder's Fee Agreement between Harley, Cohen, and Silverstein | 03/07/06 | | | |
| 35.7 | Fax from Cohen to Sattazahn | 06/28/96 | | | |
| 35.8 | Asset purchase agreement between Wellcare and RJH | 03/12/99 | | | |

**GOVERNMENT'S EXHIBIT LIST**

**UNITED STATES OF AMERICA v. RICHARD J. HARLEY**

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 36.1 | Malcolm Casselle payments ($3,000; $5,000) into Harley accounts | 12/16/08 12/22/08 | 12/8/14 | A | |
| 36.2 | Email from Casselle to Harley with $3,000 receipt for wire transfer | 12/15/08 | 12/8/14 | A | Casselle |
| 36.3 | Email from Casselle to Harley re: today's call | 12/16/08 | 12/8/14 | A | Casselle |
| 36.4 | Email from Casselle to Harley re: wire confirmation | 12/16/08 | 12/8/14 | A | Casselle |
| 36.5 | Email from Peter Bunche to Casselle and Harley re: conference call Memo | 12/27/08 | 12/8/14 | A | Casselle |
| 36.6 | Email from Peter Bunche to Casselle and Harley re: urgent from PGB | 02/04/09 | 12/8/14 | A | Casselle |
| 36.7 | Email from Harley to Casselle re: financial guarantee | | 12/8/14 | A | Casselle |
| 36.8 | Email from Bunche to Casselle re: P.G. Bunche in touch | 01/15/09 | 12/8/14 | A | Casselle |
| 36.9 | Email from Harley to Casselle re: documents | 04/28/09 | | | |
| 36.10 | Email from P.G. Bunche to Harley and Casselle re: draft agreements | 12/30/08 | | A | Casselle |

Updated December 2, 2014

-20-

**GOVERNMENT'S EXHIBIT LIST**

**UNITED STATES OF AMERICA v. RICHARD J. HARLEY**

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 36.11 | Email from Casselle to Harley re: follow-up | 01/04/09 | | | |
| 36.12 | Email from Harley to Casselle re: firm's overview | 01/27/10 | 12/8/14 | A | Casselle |
| 36.13 | Email from Bunche to Casselle re: geological report follow-up | 01/06/09 | 12/8/14 | A | Casselle |
| 36.14 | Email from Casselle to Bunche re: geological report follow-up | 01/07/09 | 12/8/14 | A | Casselle |
| 36.15 | Email from Casselle to Bunche re: due diligence issue | 03/07/09 | | | |
| 36.16 | Email from Harley to Casselle re: documents | 05/16/09 | | | |
| 36.17 | Email from Peter Bunche to Casselle re: geological report in full | 12/21/08 | 12/8/14 | A | Casselle |
| 36.18 | Email from Casselle to Bunche re: agreement | 12/22/08 | 12/8/14 | A | Casselle |
| 36.19 | Western Union transfer from Bunche to Harley ($4,000) and associated documents | 06/06/08 | 12/8/14 | A | Bunche |
| 36.19(A) | First page of Western Union transfer | 06/06/08 | | | |
| 36.20 | Wire transfer from EMCI to Harley ($10,000) | 07/25/08 | 12/8/14 | A | Bunche |
| 36.21 | Wire transfer from EMCI to Harley ($5,000) | 08/20/08 | 12/8/14 | A | Bunche |

Updated December 2, 2014

# GOVERNMENT'S EXHIBIT LIST

# UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 36.22 | Check from EMCI to Harley ($1,000) | 10/03/08 | 12/8/14 | A | Bunche |
| 36.23 | Western Union transfer from Bunche to Harley ($1,000) | 12/05/08 | 12/8/14 | A | Bunche |
| 36.24 | MoneyGram from Bunche (Sessell) to Harley ($2,000) | 12/13/08 | 12/8/14 | A | Casselle |
| 36.25 | Agreement for assignment of collateral | 05/27/08 | 12/8/14 | A | Bunche |
| 36.26 | Agreement for assignment of collateral | 06/20/08 | 12/8/14 | A | Bunche |
| 36.27 | Agreement for assignment of collateral | 09/30/08 | 12/8/14 | A | Bunche |
| 36.28 | Email from Casselle to Harley | 04/28/09 & 05/01/09 | 12/8/14 | A | Casselle |
| 36.29 | Email from Casselle to Bunche | 01/05/09 & 01/07/09 | 12/8/14 | A | Casselle |
| 36.30 | Bunche emails | 01/23/10 to 05/07/10 | 12/8/14 | A | Bunche |
| 36.31 | Email from Bunche to Casselle re: promissory note | 11/03/08 | 12/8/14 | A | Bunche |
| 37.1 | Secured Corporate Promissory Note between RJH and Blau ($5,000) | 10/25/11 | 12/5/14 | A | Blau |

GOVERNMENT'S EXHIBIT LIST

UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 37.2 | Penn Security Bank statement of Jacqueline Harley showing $5,000 received from Peter Blau 10/25/11 | 11/07/11 | 12/5/14 | A | Blau |
| 37.3 | Letter from Harley to Blau re: Federal Reserve notes | 11/18/09 | 12/5/14 | A | Blau |
| 37.4 | Email from Blau to Harley re: request from Gary Card | 11/24/09 | 12/5/14 | A | Blau |
| 37.5 | Email from Blau to Harley re: Federal Reserve demand letter | 06/02/11 | 12/5/14 | A | Blau |
| 37.6 | Email from Blau to Harley re: corporate note and wiring instructions | 10/25/11 | 12/5/14 | A | Blau |
| 37.7 | Wire transfer request | 03/15/12 | 12/5/14 | A | Blau |
| 37.8 | Wire transfer request | 10/25/11 | 12/5/14 | A | Blau |
| 37.9 | Wiring instructions | | 12/5/14 | A | Blau |
| 38.1 | Deed of assignment term sheet (Harley-Falls) | 07/04/11 | 12/5/14 | A | |
| 38.2 | MOU Serenity Group Trust | | | | |
| 38.3 | Amended minutes Serenity Group Trust | | | | |
| 38.1 (C) *Updated December 2, 2014* Email dated 7/20/11 from Hrs to Falls w/wiring inst. | | 7/20/11 | 12/8/14 | A | Falls |
| 38.1 (A) Deed of Assignment Term Sheet | | 7/4/11 | 12/8/14 | A | Falls |
| 38.1 (B) Email Harley to Falls - Breach of Deed of Assignment + Response | | 7/30/11 | 12/8/14 | A | Falls |

-23-

# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 38.4 | Memo from Arthur Lewis to Harley and Falls | 07/19/11 | | | |
| 38.5 | C & D | 07/29/11 | 12/8/14 | A | Falls |
| 38.6 | MoneyGram transfer from Falls to Harley ($2,000) | 06/27/11 | 12/8/14 | A | Falls |
| 38.7 | Western Union transfer from Falls to Harley ($500) | 06/30/11 | 12/8/14 | A | Falls |
| 38.8 | Western Union transfer from Falls to Harley ($500) | 07/13/11 | 12/8/14 | A | Falls |
| 38.9 | Western Union transfer from Falls to Harley ($500) | 07/14/11 | 12/8/14 | A | Falls |
| 38.10 | Western Union transfer from Falls to Harley ($500) | 08/19/11 | 12/8/14 | A | Falls |
| 38.11 | Wire transfer from Falls to Jacqueline Harley ($1,000) | 08/19/11 | 12/8/14 | A | Falls |
| 38.12 | Deed of assignment agreement | 07/21/11 | 12/8/14 | A | Falls |
| 38.13 | Deed of assignment agreement | 06/30/11 | | | |
| 38.14 | Email from Harley to Falls re: demand letter to Bernanke and SKR | 06/27/11 | 12/8/14 | A | Falls |
| 38.15 | Email from Harley to Falls re: Fed documents | 06/27/06 | 12/5/14 | A | Falls |
| 39.1 | Secured Corporate Promissory Note between Harley and Kelly ($12,000) | 07/19/06 | 12/5/14 | A | Kelly |

Updated December 2, 2014

38.14(A) Email from Bur Falls to Harley, dated 4/30/11   12/8/14   A   Falls

# GOVERNMENT'S EXHIBIT LIST

## UNITED STATES OF AMERICA v. RICHARD J. HARLEY

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 39.2 | Kelly handwritten notes, promissory note bank statement | | 12/5/14 | A | Kelly |
| 39.3 | Tobyhanna FCU wire transfer | 07/19/06 | 12/5/14 | A | Kelly |
| 39.4 | Tobyhanna FCU wire transfer | 09/01/06 | 12/5/14 | A | Kelly |
| 39.5 | Wiring instructions | 07/19/06 | 12/5/14 | A | Kelly |
| 40.1 | Massey expert report | | 12/9/14 | A | Massey |
| 41.1 | Weiss expert report | | | | |
| 42.1 | Summary of victim losses | | 12/11/14 | A | V. Browning |
| 43.1 | Motorworld documents—2008 Lexus | | 12/9/14 | A | Murphy |
| 43.2 | Motorworld documents—2007 Jeep | | 12/9/14 | A | Murphy |
| 43.3 | Check No. 622 and 623 | 04/30/08 | 12/9/14 | A | Murphy |
| 43.4 | Wire report | 07/26/08 | 12/9/14 | A | Murphy |
| 43.5 | Check to Motorworld, $45,582.00, Ck. No. 581 (MLPFS account) | 07/12/07 | 12/9/14 | A. | Murphy |
| 44.1 | Titian print | | 12/9/14 | A | Weiss, Browning |
| 44.2 | "Liberation of the Lady" painting | | 12/9/14 | A | Weiss, Browning |

Updated December 2, 2014

GOVERNMENT'S EXHIBIT LIST

UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 45.1 | "Originals" of oil note | | 12/4/14 | A | Edward Lederberger |
| 46.1 | Check from Maryann Alexander to Jacqueline Kube ($2,000) and deposit slip to Jacqueline Kube | 09/06/07 | 12/5/14 | A | Alexander |
| 46.2 | Check from Maryann Alexander to cash ($500) | 10/06/07 | 12/5/14 | A | Alexander |
| 46.3 | Secured corporate promissory demand note between Richard J. Harley and Maryann Alexander ($2,000) | 09/10/07 | 12/5/14 | A | Alexander |
| 46.4 | Email from Alexander to Harley re: legal action | 12/09/09 | 12/5/14 | A | Alexander |
| 47.1 | Secured corporate promissory demand note between Richard Harley and Ruby Schufford ($10,000) | 12/19/07 | 12/8/14 | A | " |
| 47.2 | Email from Harley to Schufford re: promissory note | 12/19/07 | | A | Schufford |
| 48.1 | Nondisclosure agreement between Richard Harley, Randall, and Herrick | 12/28/09 | | A | |
| 49.1 | Stipulation No. 1 | | 12/10/14 | A | |
| 49.2 | Stipulation No. 2 | | | | |
| 46.5 | Check dated 10/5/07 from RJHae Company $900 | 10/5/07 | 12/5/14 | A | Alexander |
| 46.6 | Check dated 10/30/08 from RJH-o-Corp's. $500 | 10/30/08 | 12/5/14 | A | Alexander |

Updated December 2, 2014
Inc. to Maryann Alexander

-26-

GOVERNMENT'S EXHIBIT LIST

UNITED STATES OF AMERICA v. RICHARD J. HARLEY

JUDGE: CAPUTO
WILKES-BARRE, PENNSYLVANIA

CRIM. NO. 3:12-CR-00224
DATE: DECEMBER 3, 2014

| Exhibit Initial and No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 38.1(c) | Email dated 7/22/11 from Harley to Falls w/wiring instructions | 7/22/11 | 12/8/14 | A | Falls |
| 38.5(A) | Email dated 8/10/11 from Harley to Falls w/wiring instructions | 8/10/11 | 12/8/14 | A | Falls |
| 38.5(B) | Email dated 8/13/11 from Harley to Falls | 8/13/11 | 12/8/14 | A | Falls |
| | reinstated | | | | |
| 38.5(C) | Letter dated 9/14/11 from Harley to Falls "Demand for Payment" | 9/14/11 | 12/8/14 | A | Falls |
| 47.1(A) | Email dated 12/19/07 from Harley to Schifferd w/wiring instructions | 12/19/07 | 12/8/14 | A | Schifferd |
| 50.1 | Search Warrant/inventory of items seized 8/04/10 | 8/4/10 | 12/10/14 | A | Browning |
| 51.1 | Photo of House of Harley (residence) | | 12/11/14 | A | V. Browning |
| 52.1 | Fax cover sheet letter from Eggleston to Harley, w/resume attached | 5/27/99 | 12/12/14 | A | Eggleston |
| 53.1 | FAX 10/1/99 Eggleston to Harley- wiring inst. for Harber FSB. | 10/1/99 | 12/12/14 | A | Eggleston |

Updated December 2, 2014

-27-

**LIST OF EXHIBITS**

CASE CAPTION:   USA v. Richard J. Harley

CASE NUMBER:   3:12-CR-00224

MIDDLE DISTRICT OF PENNSYLVANIA

JUDGE:   A. Richard Caputo

DATE:   December 11, 2014

| PTF. DEF. | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|
| 1 | Kesterson Report July 3, 1999 | 12/2/14 | A-5 | | Kesterson |
| 2 | Bunche Letter of Apology March 2, 2010 | | | A Bunche | |
| 3 | Kesterson Report July 9, 2008 | | | | |
| 4 | Kesterson Report June 6, 2007 | 12/2/14 | A-6 | | Kesterson |
| 5 | Kesterson Report December 13, 2005 | 12/2/14 | A-6 | | Kesterson |
| 6 | Gleason Opinion September 30, 1997 | | | | |
| 7 | Raesz Opinion September 6, 2008 | | | | |
| 8 | Enpetro Note September 24, 1997 | | | | |
| 9 | Enpetro Collateral Assignment September 24, 1997 | | | | |
| 10 | McCurdy Email and Attachments November 10, 2008 | | | | |

**EXHIBIT LIST**

Case Caption: ___USA v. Harley___     Case No. ___3:CR.12-224___

Date: ___12-4-14___     Type of Proceeding: ___TRIAL___

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|------|------|----------------------|-------|-----|----------|---------|
| Govt #1 | | Email Correspondence from Atty James Billotti to Atty Joseph O'Brien | 10/4/14 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |