IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff<br><br>vs.<br><br>RICHARD J. HARLEY,<br><br>                              Defendant | No.   3:12-CR-224<br><br>Honorable A. Richard Caputo<br><br>(Electronically Filed) |

**MOTION OF DEFENDANT, RICHARD J. HARLEY, FOR EXTENSION OF TIME TO FILE A BRIEF IN SUPPORT OF POST-TRIAL MOTIONS**

1.      Defendant, Richard J. Harley, filed a Motion for Judgment of Acquittal and/or New Trial on December 30, 2014.

2.      Defendant's brief in support of said motions is due on January 13, 2015.

3.      The Defendant has ordered a transcript of the proceedings at trial.   The transcript is necessary to prepare an appropriate brief in support of the motions.

4.      The Federal Rules of Criminal Procedure allow fourteen (14) days from the filing of the motion to file a brief in support thereof.

5.      Accordingly, Defendant requests that the Court enter an order authorizing him to file a brief in support of his post-trial motions to no later than fourteen (14) days after the transcript of the proceedings at trial has been completed.

Respectfully submitted,

/s/ Joseph A. O'Brien, Esquire
Joseph A. O'Brien, Esquire
*Attorney for Defendant, Richard J. Harley*
Attorney ID: 22103
Oliver, Price & Rhodes
1212 South Abington Road
P.O. Box 240
Clarks Summit, PA 18411
Tel: 570-585-1200
Fax: 570-585-5100
Email: jaob@oprlaw.com

<u>CERTIFICATE OF SERVICE</u>

I, **Joseph A. O'Brien, Esquire**, of Oliver, Price & Rhodes, hereby certify that

on the 9th day of January, 2015, I served a true and correct copy of the foregoing

MOTION OF, RICHARD J. HARLEY, FOR EXTENSION OF TIME which was filed pursuant

to the rules of criminal procedure and electronically filed and electronically

forwarded to:

      Bruce D. Brandler, Esquire
      U.S. Attorney's Office
      228 Walnut Street
      Harrisburg, PA   17108
      Email: bruce.brandler@usdoj.gov

      /s/Joseph A. O'Brien, Esquire
      Joseph A. O'Brien, Esquire
      *Attorney for Defendant, Richard J. Harley*
      Attorney ID: 22103
      Oliver, Price & Rhodes
      1212 South Abington Road
      P.O. Box 240
      Clarks Summit, PA 18411
      Tel: 570-585-1200
      Fax: 570-585-5100
      Email: jaob@oprlaw.com

<u>**CERTIFICATE OF CONCURRENCE**</u>

I, **Joseph A. O'Brien**, hereby certify that U. S. Attorney Bruce Brandler does concur in the Motion for Extension of Time.

Respectfully submitted,

/s/Joseph A. O'Brien, Esquire
*Attorney for Defendant, Richard J. Harley*
Attorney I.D. No.: 22103
Oliver, Price & Rhodes
1212 South Abington Road
P.O. Box 240
Clarks Summit, PA 18411
Tel: (570) 585-1200
Fax: (570) 585-5100
Email: jaob@oprlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | No.   3:12-CR-224 |
| vs. | Honorable A. Richard Caputo |
| RICHARD J. HARLEY, | (Electronically Filed) |
| Defendant | |

## ORDER

Now this _____ day of _____, 2015 it is hereby ordered that the

Defendant, Richard J. Harley, shall file a brief in support of his post-trial motions no

later than fourteen (14) days after the transcript of trial proceedings has been

completed by the court reporter.

_____
Honorable A. Richard Caputo