IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff<br><br>vs.<br><br>RICHARD J. HARLEY,<br><br>                      Defendant | No.   3:12-CR-224<br><br>Honorable A. Richard Caputo<br><br>(Electronically Filed) |

**MOTION OF DEFENDANT, RICHARD J. HARLEY, FOR AN EXTENSION OF TIME TO FILE A BRIEF IN SUPPORT OF POST-TRIAL MOTIONS**

1. The Defendant, Richard Harley ("Harley"), was charged in a 23 count indictment reported on August 30, 2012.

2. Harley was convicted by a jury of all 23 counts on December 16, 2014.

3. Harley filed a Motion for Judgment of Acquittal and a New Trial on December 30, 2014.

4. On January 9, 2015, the Court authorized Harley 14 days after the receipt of the transcripts of the trial to file a Brief in Support of Post-Trial Motions.

5. Harley's counsel received the last part of the trial transcript on Wednesday May 27, 2015 which established Wednesday June 10, 2015 as the due date of his Brief in Support of Post-Trial Motions.

6. Harley's counsel needs an additional 7 days to complete the Brief in Support of Post-Trial Motions and request that the Court extend the time for the filing of the Brief to Wednesday June 17, 2015.

Respectfully submitted,

/s/ Joseph A. O'Brien, Esquire
Joseph A. O'Brien, Esquire
*Attorney for Defendant, Richard J. Harley*
Attorney ID: 22103
Oliver, Price & Rhodes
1212 South Abington Road
P.O. Box 240
Clarks Summit, PA 18411
Tel: 570-585-1200
Fax: 570-585-5100
Email: jaob@oprlaw.com

## CERTIFICATE OF CONCURRENCE

I, Joseph A. O'Brien, counsel for the Defendant, Richard J. Harley, in the above matter, hereby certify that I have discussed the contents of this MOTION OF DEFENDANT, RICHARD J. HARLEY, FOR AN EXTENSION OF TIME TO FILE A BRIEF IN SUPPORT OF POST-TRIAL MOTIONS, with the United States Attorney, and that he does **concur** in the MOTION.

Respectfully submitted,

/s/ Joseph A. O'Brien, Esquire
Joseph A. O'Brien, Esquire
*Attorney for Defendant, Richard J. Harley*
Attorney ID: 22103
Oliver, Price & Rhodes
1212 South Abington Road
P.O. Box 240
Clarks Summit, PA 18411
Tel: 570-585-1200
Fax: 570-585-5100
Email: jaob@oprlaw.com

## CERTIFICATE OF SERVICE

I, **Joseph A. O'Brien, Esquire**, of Oliver, Price & Rhodes, hereby certify that on the 9th day of June, 2015, I caused the foregoing MOTION OF DEFENDANT, RICHARD J. HARLEY, FOR AN EXTENSION OF TIME TO FILE A BRIEF IN SUPPORT OF POST-TRIAL MOTIONS to be filed via the Court's ECF system.  I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Bruce D. Brandler, Esquire
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut Street
Harrisburg, PA   17108

Respectfully submitted,

/s/Joseph A. O'Brien, Esquire
*Attorney for Defendant, Richard J. Harley*
Attorney I.D. No.: 22103
Oliver, Price & Rhodes
1212 South Abington Road
P.O. Box 240
Clarks Summit, PA 18411
Tel: (570) 585-1200
Fax: (570) 585-5100
Email: jaob@oprlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff<br><br>vs.<br><br>RICHARD J. HARLEY,<br><br>　　　　　　　　　　Defendant | No.   3:12-CR-224<br><br>Honorable A. Richard Caputo<br><br>(Electronically Filed) |

**ORDER**

Now this _____ day of _____, 2015, it is hereby ordered that Defendant, Richard Harley, and his counsel are authorized until Wednesday, June 17, 2015 to file a Brief in Support of Post-Trial Motions.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　A. Richard J. Caputo, U.S.
　　　　　　　　　　　　　　　　　　　District Judge