PJS:BB:nl

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIM. NO. 3:CR-12-00224 |
| | ) |
| v. | ) |
| | ) (CAPUTO, J.) |
| RICHARD J. HARLEY, | ) |
| | ) |
| Defendant. | ) (ELECTRONICALLY FILED) |

### EXHIBITS TO GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL AND/OR NEW TRIAL

Respectfully submitted,

PETER J. SMITH
United States Attorney

Bruce Brandler
Assistant U.S. Attorney
Chief, Criminal Division
Attorney I.D. No. PA62052
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, Pennsylvania  17108-1754
(717) 221-4482
(717) 221-4493 (Facsimile)

Date:  June 23, 2015     bruce.brandler@usdoj.gov (eMAIL)

# TABLE OF CONTENTS

**Exhibit Nos.**                                                                                         **Page**

1A.   Letter dated 08/03/11 from Karen Musloski, USAO
      Financial Litigation Unit, to Richard Harley (redacted) ................ 1

1B.   Letter dated 08/03/11 from Karen Musloski, USAO
      Financial Litigation Unit, to Richard Harley (unredacted) ............ 3

-1-

# GOVERNMENT'S EXHIBIT 1A



**U.S. Department of Justice**

*United States Attorney*
*Middle District of Pennsylvania*

**Financial Litigation Unit**

*Wm. J. Nealon Federal Building, Suite 311*
*235 N. Washington Avenue*      570-348-2800
*Scranton, Pa. 18503*           FAX 570-348-2822

August 3, 2011

Mr. Richard Harley
P.O. BOX 306
Shawnee on the Delaware, PA  18356

   Re:  U.S.A. v. Harley

       USAO No. 2001B07449/001

Dear Mr. Harley:

  On March 30, 2001, you were ordered to pay the sum of $168,802.00 as part of the judgment of the court.  Our records reflect a past-due balance.

  Failure to make payment within ten days from the date of this letter, may result in further legal action which can include garnishment of your wages and/or attachment of your personal property.

  Check or money order should be made payable to Clerk, U.S. District Court, and mailed to the Clerk's Office, P.O. Box 1148, Scranton, PA  18503.

  If you have any questions, please do not hesitate to contact me.  It is in your best interest to take care of this obligation immediately.

                            Very truly yours,

                            PETER J. SMITH
                            United States Attorney

                            KAREN M. MUSLOSKI
                            Paralegal Specialist



-3-

# GOVERNMENT'S EXHIBIT 1B



**U.S. Department of Justice**

United States Attorney
Middle District of Pennsylvania

**Financial Litigation Unit**

Wm. J. Nealon Federal Building, Suite 311
235 N. Washington Avenue          570-348-2800
Scranton, Pa. 18503               FAX 570-348-2822

August 3, 2011

Mr. Richard Harley
P.O. BOX 306
Shawnee on the Delaware, PA  18356

    Re:  U.S.A. v. Harley
        Criminal No. 3:CR96-286-1
        USAO No. 2001B07449/001

Dear Mr. Harley:

On March 30, 2001, you were ordered to pay the sum of $168,802.00 as part of the judgment of the court.  Our records reflect a past-due balance.

Failure to make payment within ten days from the date of this letter, may result in further legal action which can include garnishment of your wages and/or attachment of your personal property.

Check or money order should be made payable to Clerk, U.S. District Court, and mailed to the Clerk's Office, P.O. Box 1148, Scranton, PA  18503.

If you have any questions, please do not hesitate to contact me.  It is in your best interest to take care of this obligation immediately.

                              Very truly yours,

                              PETER J. SMITH
                              United States Attorney

                              KAREN M. MUSLOSKI
                              Paralegal Specialist


