IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>RICHARD J. HARLEY,<br><br>Defendant | No.   3:12-CR-224<br><br>Honorable A. Richard Caputo<br><br>(Electronically Filed) |

**MOTION OF DEFENDANT, RICHARD J. HARLEY, FOR ORAL ARGUMENT/HEARING ON POST-TRIAL MOTIONS**

Defendant, Richard J. Harley, requests that the Court schedule an oral argument/hearing on the post-trial motions which are pending before the Court.

The basis for the Motion is that the hearing will provide the Defendant and counsel an opportunity to further explain the basis of the legal issues raised in the motion.

Respectfully submitted,

/s/ Joseph A. O'Brien, Esquire
Joseph A. O'Brien, Esquire
*Attorney for Defendant, Richard J. Harley*
Attorney ID: 22103
Oliver, Price & Rhodes
1212 South Abington Road
P.O. Box 240
Clarks Summit, PA 18411
Tel: 570-585-1200
Fax: 570-585-5100
Email: jaob@oprlaw.com

## CERTIFICATE OF SERVICE

I, **Joseph A. O'Brien, Esquire**, of Oliver, Price & Rhodes, hereby certify that on the 18th day of November, 2015, I served a true and correct copy of the foregoing MOTION OF DEFENDANT, RICHARD J. HARLEY, FOR ORAL ARGUMENT/HEARING ON POST-TRIAL MOTIONS which was filed pursuant to the rules of criminal procedure and electronically filed and electronically forwarded to:

Bruce D. Brandler, Esquire
U.S. Attorney's Office
228 Walnut Street
Harrisburg, PA   17108
Email: bruce.brandler@usdoj.gov

Respectfully submitted,

/s/Joseph A. O'Brien, Esquire
Joseph A. O'Brien, Esquire
*Attorney for Defendant, Richard J. Harley*
Attorney ID: 22103
Oliver, Price & Rhodes
1212 South Abington Road
P.O. Box 240
Clarks Summit, PA 18411
Tel: 570-585-1200
Fax: 570-585-5100
Email: jaob@oprlaw.com

## CERTIFICATE OF NON-CONCURRENCE

I, **Joseph A. O'Brien**, have discussed this Motion with Assistant U. S. Attorney Bruce Brandler.   Mr. Brandler believes that the issues before the Court can be decided on the briefs and that an oral argument/hearing is not necessary. Assistant U.S. Attorney Bruce Brandler does **not** concur in the MOTION OF DEFENDANT, RICHARD J. HARLEY, FOR ORAL ARGUMENT/HEARING ON POST-TRIAL MOTIONS.

Respectfully submitted,

/s/Joseph A. O'Brien, Esquire
*Attorney for Defendant, Richard J. Harley*
Attorney I.D. No.: 22103
Oliver, Price & Rhodes
1212 South Abington Road
P.O. Box 240
Clarks Summit, PA 18411
Tel: (570) 585-1200
Fax: (570) 585-5100
Email: jaob@oprlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br>vs.<br>RICHARD J. HARLEY,<br><br>        Defendant | No.  3:12-CR-224<br><br>Honorable A. Richard Caputo<br><br>(Electronically Filed) |

**ORDER**

  Now this _____ day of November, 2015 it is hereby ordered that an oral argument/hearing on the post-trial motions of the Defendant, Richard J. Harley, is scheduled for _____.

                     _____
                     Honorable A. Richard Caputo