# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RICHARD J. HARLEY,

    Defendant.

NO. 12-CR-224

(JUDGE CAPUTO)

## ORDER

**NOW**, this 1st day of February, 2016, **IT IS HEREBY ORDERED** that:

(1) Defendant Richard J. Harley's Motion for a Judgment of Acquittal or a New Trial (Doc. 168) is **DENIED**.

(2) Defendant Richard J. Harley's Motion to Dismiss the Indictment, to Set Aside the Verdict, and for Ineffective Assistance of Counsel (Doc. 218) is **DENIED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge