IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>RICHARD J. HARLEY,<br><br>Defendant | No. 12-CR-224<br><br>Judge Caputo |

**NOTICE OF APPEAL OF DEFENDANT, RICHARD J. HARLEY**

Notice is hereby given that Defendant, Richard J. Harley, appeals to the United States Court of Appeals for the Third Circuit from the Judgment of Sentence against him on November 16, 2015 and from the Order denying his Post-Trial Motions entered by the Court on February 1, 2016.

Respectfully submitted,

OLIVER, PRICE & RHODES

/s/Joseph A. O'Brien
Joseph A. O'Brien, Esquire
Attorney I.D. No.: 22103
1212 South Abington Road
Clarks Summit, PA 18411
Tel: (570) 585-1200
Fax: (570) 585-5100
Email: jaob@oprlaw.com
*CJA Counsel for Defendant, Richard J. Harley*

## CERTIFICATE OF SERVICE

I, **Joseph A. O'Brien, Esquire**, of Oliver, Price & Rhodes, hereby certify that on the 8th day of February 2016, I caused the foregoing NOTICE OF APPEAL OF DEFENDANT, RICHARD J. HARLEY to be filed via the Court's ECF system. I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Robert O'Hara, Esquire
Office of the U.S. Attorney
William J. Nealon Federal Building
235 North Washington Avenue
Scranton, PA   18501

Respectfully submitted,

OLIVER, PRICE & RHODES

/s/Joseph A. O'Brien
Joseph A. O'Brien, Esquire
Attorney I.D. No.:   22103
1212 South Abington Road
Clarks Summit, PA    18411
Tel:   (570) 585-1200
Fax:   (570) 585-5100
Email:   jaob@oprlaw.com
*CJA Counsel for Defendant, Richard J. Harley*